IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAURY JOSE HERNANADEZ VICTORIANO, <br> Petitioner, <br><br> v. <br><br> J.L. JAMISON, *et al.*, <br> Respondents. | : <br> : <br> : <br> : Civil No. 2:26-cv-00632-JLS <br> : <br> : <br> : |

### ORDER

**AND NOW,** this 2nd day of February, 2026, upon review of Petitioner Daury Jose Hernandez Victoriano's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2), **IT IS HEREBY ORDERED** that Respondents shall file a response on or before **Friday, February 6, 2026, at 5:00 PM**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**