**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

DAURY JOSE HERNANADEZ VICTORIANO,  :
          Petitioner,         :
                      :
          v.             :    Civil No. 2:26-cv-00632-JLS
                      :
J.L. JAMISON, *et al.*,         :
          Respondents.      :

---

**ORDER**

      **AND NOW**, this 24th day of April, 2026, upon receipt of the Respondents' Certificate of

Compliance for release (ECF No. 7), **IT IS HEREBY ORDERED THAT** the Clerk of Court is

**DIRECTED** to **CLOSE** this case.[1]

                                **BY THE COURT:**

                              */s/ Jeffrey L. Schmehl*
                              **JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.